DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNY MILAGROS ALCANTARA,**
Appellant,

v.

**DAVID ANTONIO DISLA,**
Appellee.

No. 4D2023-1769

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. FMCE21007918.

Carrie A. Turner-Krzyzaniak of Turner Family Law, Hollywood, for appellant.

David Antonio Disla, Tamarac, pro se.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***